**IPP International U.G. Declaration Exhibit A**
**File Hashes for IP Address 47.38.224.143**

**ISP:** Spectrum
**Physical Location:** Fort Worth, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/20/2019 06:18:46 | 30512197BA69A068EDE19E894DFD7D16D0175C87 | Workout and Stunning Hot Sex |
| 01/05/2019 08:16:28 | B4E4A60AE28670A14C66FFC49F274290C581B7B5 | Fashion Show Fucking |
| 10/13/2018 04:57:27 | 2943143109C75EA8F2C9C9BD9519148A84C45D4A | Sexy Surfing Lessons |
| 10/03/2018 07:19:07 | D99D462F1894DDD006C5671D95267CDC40C3E154 | 18 Year Old Models First Time Threesome |
| 08/10/2018 05:56:58 | 692F76BA1E4EA92F039DE041A3475BCAEC92EBAD | Hot Office Sex |
| 08/04/2018 09:02:45 | 3440A228C53666CC6AB85C62DE8BE3FA15E6B3D6 | Young 18 Year Old Couple in Hot Summer Sex |
| 07/29/2018 08:52:51 | 1302924D1DD71F6446ED4A856AB7F46127F25ED5 | Threeway Strip Poker |
| 07/01/2018 06:44:22 | E447BD91BC36AD140D5F62DA0163E803E8CC03C0 | The Morning After |
| 05/13/2018 05:22:06 | BCC6142F2347A53D8491834CCD2AE9C8DF7E816A | A Walk To Remember |
| 04/26/2018 05:22:28 | C1543F45AF1BC5A1B4CD9CE49D301B6F8B42D011 | In The Mood |
| 03/24/2018 07:55:56 | 16540A069860446050189D1C8F2DA71FE4787B69 | Stripshow Sex |
| 03/17/2018 10:00:46 | A7542046BE7B14E4DD794DC9B602B3DBD745F8EC | Everybody Plays Three Ways |

**Total Statutory Claims Against Defendant: 12**